IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI GRAY, | |
|     Plaintiff, | No. C 11-04668 WHA |
|   v. | |
| AMERICAN MEDICAL SYSTEMS, INC., | **CASE MANAGEMENT ORDER AND ORDER STAYING CASE** |
|     Defendant. | |

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

1. In order to give the MDL panel an opportunity to decide, this case is hereby **STAYED**.

2. A case management conference is **SET** for **FEBRUARY 9, 2012, AT 3:00 P.M.**

Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: December 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE